NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| NED HANNER, JR., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 2D17-3922 |
| ) | |
| STATE OF FLORIDA, ) | |
| ) | |
| Appellee. ) | |
| _____ ) | |

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

PER CURIAM.

      Affirmed.  See Hanner v. State, No. 2D17-789, 2017 WL 3270928 (Fla. 2d

DCA Aug. 2, 2017) (table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.